IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 05-cv-02307-WDM-MJW

LISA HINTON-YADAUGA,

Plaintiff,

v.

AMPCO SYSTEM TRANSPORTATION, INC.,

Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE
## SCHEDULING/PLANNING CONFERENCE
(Docket No. 27)

This matter having come before the Court upon Plaintiff Lisa Hinton-Yadauga's Unopposed Motion to Vacate Scheduling/Planning Conference, and the Court having review the motion and being fully advised,

IT IS HEREBY ORDRED that the motion is granted and the Scheduling/Planning Conference set for August 10, 2006, is hereby **vacated.** If the settlement is not finalized by August 31, 2006, Plaintiff is hereby ordered to file a status report.

Dated this 8th day of August, 2006.

BY THE COURT

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

4830-3250-4833.1/1